UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

08 Cr. 1269 (SCR)

v.

John Meyer,
_____

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, United States Magistrate Judge, dated December 17, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: January 13, 2009

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE